# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| LBS INNOVATIONS, LLC, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | Civil Action No. 2:15-cv-01972-JRG |
| NOKIA USA INC., *et al.*, | § § § | |
| *Defendants.* | § | |

## STIPULATED MOTION TO DISMISS PURSUANT TO
## RULE 41(a)(2) WITH PREJUDICE

Plaintiff LBS Innovations, LLC and Defendants HERE Holding Corporation; HERE North America LLC; and HERE Apps LLC, pursuant to FED. R. CIV. P. 41(a)(2), hereby move for an order dismissing all claims in this action WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.

Dated: February 1, 2017                                                 Respectfully submitted,

| **GILLAM & SMITH, L.L.P.** | **BUETHER JOE & CARPENTER, LLC** |
|---|---|
| By: */s/ Brian J. Arnold* <br> Allen F. Gardner <br> State Bar No. 24043679 <br> allen@gillamsmithlaw.com <br> 102 N. College, Suite 800 <br> Tyler, TX 75702 <br> Telephone:     (903) 934-8450 <br> Facsimile:      (903) 934-9257 <br><br> David E. Koropp <br> *Appearing Pro Hac Vice* <br> dkoropp@honigman.com <br> Brian J. Arnold <br> *Appearing Pro Hac Vice* <br> barnold@honigman.com <br> Ron N. Sklar <br> *Appearing Pro Hac Vice* <br> fsklar@honigman.com <br> **HONIGMAN MILLER SCHWARTZ AND COHN LLP** <br> One South Wacker Drive, 28th Floor <br> Chicago, IL 60606 <br> Telephone:     (312) 701-9300 <br> Facsimile:      (312) 701-9335 | By: */s/ Kenneth P. Kula* <br> Eric W. Buether <br> State Bar No. 03316880 <br> Eric.Buether@BJCIPLaw.com <br> Christopher M. Joe <br> State Bar No. 00787770 <br> Chris.Joe@BJCIPLaw.com <br> Niky Bukovcan <br> State Bar No. 24078287 <br> Niky.Bukovcan@BJCIPLaw.com <br> Kenneth P. Kula <br> State Bar No. 24004749 <br> Ken.Kula@BJCIPLaw.com <br> 1700 Pacific Avenue, Suite 4750 <br> Dallas, Texas 75201 <br> Telephone:     (214) 730-5660 <br> Facsimile:      (972) 707-1248 |
| **ATTORNEYS FOR DEFENDANTS HERE HOLDING CORPORATION; HERE NORTH AMERICA LLC; AND HERE APPS LLC** | **ATTORNEYS FOR PLAINTIFF LBS INNOVATIONS, LLC** |

**STIPULATED MOTION TO DISMISS**                                                                                             **Page 2**

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a) on this 1st day of February, 2017.  Any other counsel of record will be served by facsimile transmission and first class mail.

                 */s/ Kenneth P. Kula*
                 Kenneth P. Kula